IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEREMY BURLESON,

           Petitioner,

vs.

NEBRASKA DEPT. OF CORR.,

           Respondent.

**8:25CV44**

**MEMORANDUM AND ORDER**

    This matter is before the Court on Petitioner's letter dated October 27, 2025, which the Court construes as a motion for status, Filing No. 10, and Respondent's motion for extension of time, Filing No. 11. In his motion for status, Petitioner asks if his case is still under review. Upon consideration, Petitioner's motion for status is granted and this Memorandum and Order will advise him of the status of his case.

    On September 30, 2025, the Court conducted an initial review of Petitioner's habeas petition and determined that Petitioner's claims, as set forth in the Court's initial review order, are potentially cognizable in federal court. Filing No. 8. The Court directed Respondent to file a response to the petition by November 14, 2025. On November 14, 2025, Respondent filed a motion asking for an extension of time until December 15, 2025, to file a response to the petition. Upon consideration of Respondent's motion, the Court will grant the motion and extend Respondent's deadline to respond to the petition to December 15, 2025. Once Respondent files a response, the case will progress as set forth in the Court's September 30, 2025, initial review and progression order, Filing No. 8.

IT IS THEREFORE ORDERED that:

1. Petitioner's motion for status, Filing No. 10, is granted and this Memorandum and Order serves to advise Petitioner of the status of this case.

2. Respondent's motion for extension of time, Filing No. 11, is granted. Respondent shall have until **December 15, 2025**, to file a response to the habeas petition.

3. The Clerk of Court is directed to terminate the two previous pro se case management deadlines for November 15, 2025, and December 15, 2025 (for Respondent's answer and brief), and to set a new pro se case management deadline using the following text: **December 15, 2025**: deadline for Respondent to file state court records in support of answer or motion for summary judgment.

Dated this 24th day of November, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge