IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BURLESON, | |
| Petitioner, | **8:25CV44** |
| vs. | |
| NEBRASKA DEPT. OF CORR., | **ORDER** |
| Respondent. | |

This matter is before the Court on Respondent's Motion to Substitute Respondent. Filing No. 14. Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent, Filing No. 14, is granted. The Clerk's office is directed to update the Court's records to reflect that Rob Jeffreys is the sole proper respondent in this action.

Dated this 23rd day of December, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge